BOYD, Respondent, v. BOYD, Appellant. (Supreme Court, Appellate Division, Second

Department. October 12, 1909.) Action by Margaret P. Boyd against Alexander Boyd.

PER CURIAM. Order modified, by reducing the counsel fee from $2,246 to $1,346, and, as modified, affirmed, without costs.

HIRSCHBERG, P. J., votes for affirmance.